UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD McKANDES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RICK HILL, Warden,<br><br>　　　　Respondent. | NO. CV 19-2005-PA (AGR)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed without prejudice.

DATED: June 21, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　United States District Judge